UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

WENNICK LASSENDS-MARTINEZ,

                  Defendant.
- - - - - - - - - - - - - - - x



ORIGINAL

INDICTMENT

07 Cr. 1078

## COUNT ONE

The Grand Jury charges:

1. On or about October 10, 2007, in the Southern District of New York and elsewhere, WENNICK LASSENDS-MARTINEZ, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of such conspiracy that WENNICK LASSENDS-MARTINEZ, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York:

       a. On or about October 10, 2007, in or around Yonkers, New York, WENNICK LASSENDS-MARTINEZ, the defendant, picked up a package.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney