

U.S. Department of Justice

United States Attorney
Southern District of New York

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

January 14, 2008

**MEMO ENDORSED**

BY HAND

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Wennick Lassends-Martinez*, 07 Cr. 1078 (KMK)

Dear Judge Karas:

        I write to confirm that, as per my conversation with Your Honor's Deputy Clerk, the conference in the above-captioned case, which was scheduled for Tuesday, January 15, 2008 at 10:00 a.m. has been adjourned until Thursday, January 24, 2008 at 10:00 a.m., at which time the defendant will enter a guilty plea. The Government moves to exclude time under the Speedy Trial Act from Tuesday, January 15, 2008 until Thursday, January 24, 2008, in order to give defense counsel an opportunity to review the proposed plea agreement with the defendant. The Government makes this request with the consent of defense counsel.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

                By: /s/ Nola B. Heller
                Nola B. Heller
                Assistant United States Attorney
                (914) 993-1939

cc: David Goldstein, Esq. (By Fax)

*[Handwritten endorsement:]* Conference adjourned from January 15, 2008 until January 24, 2008 at 10 am. Time is excluded for the reasons noted in this letter. See 18 U.S.C. § 3161 (h)(8)(A). SO ORDERED.

KENNETH M. KARAS U.S.D.J.
1/15/08

USDS SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____