**GOLDSTEIN & WEINSTEIN**
*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

David J. Goldstein                                                                                      (718) 665-9000
Barry A. Weinstein                                                                                    FAX (718) 665-9147

April 14, 2008

**BY ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    United States v. Wennick Lassends-Martinez
                Docket. No.: 07 CR 1078

Your Honor:

    I write this letter to request a three week adjournment of the sentence in this case which is currently scheduled for Friday, April 18, 2008, at 2:00 p.m. The adjournment is requested because we are awaiting delivery of documents from Puerto Rico which are pertinent to the case.

    I have spoken with Assistant United States Attorney, Anna Skotko, and she consents to this request.

    Thank you for your consideration herein.

                                                  Respectfully submitted,

                                                  BARRY A. WEINSTEIN

BAW/mg

cc:    AUSA Anna Skotko
        By Facsimile