**GOLDSTEIN & WEINSTEIN**
*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

David J. Goldstein
Barry A. Weinstein

(718) 665-9000
FAX (718) 665-9147

April 14, 2008

**BY ECF**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

Re:    United States v. Wennick Lassends-Martinez
Docket. No.: 07 CR 1078

Your Honor:

I write this letter to request a three week adjournment of the sentence in this case which is currently scheduled for Friday, April 18, 2008, at 2:00 p.m. The adjournment is requested because we are awaiting delivery of documents from Puerto Rico which are pertinent to the case.

I have spoken with Assistant United States Attorney, Anna Skotko, and she consents to this request.

Thank you for your consideration herein.

Respectfully submitted,

BARRY A. WEINSTEIN

BAW/mg

cc:    AUSA Anna Skotko
       By Facsimile

Sentence is adjourned until May 22, 2008, at 3:00

SO ORDERED

KENNETH M. KARAS U.S.D.J.